FILED
IN CLERKS OFFICE
2015 JUL 10 PM 12 34
U.S. DISTRICT COURT
DISTRICT OF MASS.

**UNITED STATES DISTRICT COURT**
**FOR THE FIRST CIRCUIT**

JOHN CASSIDY )
PLAINTIFF )
)
)
V. )
)
)
ATTORNEY GENERAL MAURA HEALEY, )
COMMONWEALTH OF MASSACHUSETTS )
DEFENDANT )
)

COMPLAINT

My name is John Cassidy, dob 12/10/1984, I make the following statements under oath and in a truthful manner, accepting the pains and penalities of perjury.

1. In 2007 I earned a Bachelor's degree from Texas A&M University, College Station, Texas.
2. In 2010 I was accepted into the Law School Program at University of Massachusetts - Dartmouth..
3. In August 2010 I moved from my home in Texas to Dartmouth, MA to attend law school at UMASS - Dartmouth as a full time law student.
4. The first day of class was August 23, 2010.
5. I finished the first semester in 2010 in good standing and able to return to my studies in Spring 2011.
6. On March 2, 2011 I was arrested in Dartmouth, MA on the law school campus.
7. On or around March 3, 2011 I was arrainged and indicted on or around twelve felony charges in New Bedford District Court and held without bail.
8. On or around March 10, 2011 the case was transferred out of district court into Fall River Superior Court.
9. On or around March 30, 31 and April 1, 2011 the appeal from my dangerous hearing was heard by Superior Court Justice Honorable Thomas McGuire and resulted in a twelve page, written opinion and my release from jail on a personal recognizance.
10. On or around the beginning of 2012 I was a pro se litigant

Thank you for time reading this letter and filing of my suit and motions. Should there be any oversights or errors, please notify me. I apolgize in advance for formatting and mistakes, the only available equipment in jail is an outdated typewriter. THANKS AGAIN for timely filing my documents.

Have a great day and enjoy the summer!

In Health,

John Cassidy
W#106065

**cc with enclosures:** (courtesy)

Ms. Maura Healey

Attorney General, Massachusetts

McCormack Bldg.

1 Ashburton Place

Boston, MA 02108

in front of Honorable Judge Kane in Fall River Superior Court. Oral arguements were heard on my motion to dismiss all charges, the substance of said motion is the same as before This Court today in the form of summary judgment. Honorable Judge Kane, after hearing oral arguements and reviewing said motion to dismiss prior to the hearing offered me a choice of three attorneys, identified by name, as counsel to proceed. I accepted James P. Powderly and thus no longer a pro se litigant.

11. James P. Powderly was my attorney the remainder of time and was my trial attorney.
12. I have been convicted of seven felony gun charges, each charge the state proceeded with I was convicted of relating to my March 2, 2011 arrest. I was sentenced on March 11, 2015 to a mandatory two and one half years in state jail. See BRCR2011-00221-001 to 007.
13. The firearms in question were found inside my home and purchased legally in Texas; and brought with me as part of my move to Massachusetts to attend school.
14. My incarceration for seven felony possessory firearm convictions are in violation of my civil rights, moreover a clear violation of my right to keep and bear arms inside my home for self-defense.

For the reasons set forth in the simultaneously filed motion for summary judgment and accompanying memorandum of law this Plaintiff is seeking relief in the form of an injunction releasing him from state jail custody AND monetary damages of $870,000 plus $1600 a week for the time spent in jail due to lost wages starting from March 16, 2015 and until my release by This Court.

In reaching the dollar amount for damages this Plaintiff seeks to be compensated for this most griveous, blatant disregard of my civil rights. Accompanied by infliction of emtional and physical stress of pending criminal charges for four years, mental stress and fatigue associated with becoming institutionalized and a citizen being 'thrown' in jail with common criminals, and the loss of, reasonable, calculated, career earnings and aspirations as an attorney and Mr. Cassidy's loss of Texas State license and office as a Notary Public.

a) $67,000 to be repaid for the amount of my graduate school loans. This was the cost of one year of law school tuition, fees, and living expenses as determined by financial aide office and myself when budgeting attendance and fees, plus acured interest from 2010 to present.
b) $678,000 in lost career earnings and lost wages stemming from the Commonwealth's wrongful act and civil rights violations. Which ruined my career as an attorney and 'plucked' me from my law school studies at the age of twenty-six. This number is calculated as follows:
   years 1-5 at average annual salary of $45,000
   years 6-9 at average annual salary of $65,000
   years 9-12 at average annual salary of $86,000
c) $1600 a week for 'X' weeks of lost wages due to my incarceration on March 10, 2015 and being unable to work in the Texas and Oklahoma oil fields. $1600 a week is average weekly pay, total recovered amount calculated from March 16 to my date of release.
d) $125,000 in punitive damages for violation of my civil rights, specifically arresting, indicting, and imprisoning myself for lawful exercise of my natural rights as a citizen of The United States.

Jurisdiction is proper as the state of Massachusetts is within The First Circuit Court of the United States; and the Commonwealth's laws are in violation of federal rights of John Cassidy as a U.S. citizen, therefore, raising a federal question as well as constitional violations of Mr. Cassidy's natural rights.

PRAYER

It is this Plaintiff's prayer that This Court having now heard this Plaintiff's sworn complaint and after reviewing accompanying motions and memorandums filed herewithin will grant all motions. Thus, issuing an order to release John Cassidy from jail and award him most reasonable damages, thus restoring his Second Amendment Rights, right to vote and hold office, uphold his other civil rights violated by This Commonwealth, and allow this citizen to begin to piece back together his life, career, family, and pursue happiness as a citizen of the United States of America.

Respectfully Submitted,

6/25/15

John Cassidy