**UNITED STATES DISTRICT COURT**
**FOR THE FIRST CIRCUIT**

FILED
IN CLERKS OFFICE
2015 JUL 10 PM 12 35
U.S. DIST... ...
DISTRICT OF ...

| | | |
|---|---|---|
| JOHN CASSIDY<br>PLAINTIFF | ) | |
| V. | ) | |
| ATTORNEY GENERAL MAURA HEALEY,<br>COMMONWEALTH OF MASSACHUSETTS<br>DEFENDANT | ) | |

**PLAINTIFF, JOHN CASSIDY'S MOTION FOR SUMMARY JUDGMENT**

PLAINTIFF JOHN CASSIDY moves for summary judgment, in accord with F.R.Civ.P. 56, for the reasons set forth in the accompanying memorandum of law, as supported by Statement of Material Facts.

DATED: June 25, 2015

Respectfully Submitted,

John Cassidy