FILED 8/20/15 USDC CLERK'S OFFICE

UNITED STATES FIRST
CIRCUIT COURT

JOHN CASSIDY
PLAINTIFF

V.

ATTORNEY GENERAL, MAURA HEALEY
MASSACHUSETTS

15CV 12392 RGS

PLAINTIFF'S RESPONSE TO COURT'S
ORDER DATED AUGUST 6, 2015

After reading The Court's order it is plain John has incorrectly filed his civil suit and cannot prevail on any civil action seeking release and damages.

Plaintiff must file a habeas corpus under 28 U.S.C. s.2254 after exhausting state remedies.

For the reasons stated above This Plaintiff thanks This Court and Honorable Judge Sterns for his time and his guidance for my improper civil suit. I humbly and respectfully ask This Court to dismiss my case as it sees fit.

Respectfully,

John Cassidy
1 Admin Rd.
OCCC
Bridgewater, MA 02324

I, John Cassidy, under pains of perjury do certify that a true and correct copy was sent to defendant, Attorney General Maura Healvey on this 10 day of August 2015 at her last known address of record.

Signed:

Dated: 8/10/15