**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

John Cassidy
Plaintiff

V.

CIVIL ACTION

NO. 15cv12932-RGS

Healey et al
Defendant

**ORDER OF DISMISSAL** without prejudice

STEARNS, D.J.,

In accordance with the Court's allowance of the petitioner's notice of voluntary dismissal filed on 8/20/15, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice.

By the Court,

8/25/15 /s/ Elaine Flaherty

Date Deputy Clerk